# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 1 8 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., ET AL. | § § § | |
| V. | § § | CASE NO. 4:05CV32 (Judge Schell /Judge Bush) |
| ANGELA LACY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to United States Magistrate Judge Don D. Bush pursuant to 28 U.S.C. § 636. On December 22, 2005, the Magistrate Judge entered his Report containing his proposed findings of fact and recommendation that Plaintiff's Second Motion for Entry of Default Judgment be granted and that the District Court adopt Plaintiff's proposed Default Judgment and Permanent Injunction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Second Motion for Entry of Default Judgment is **GRANTED** and the Court adopts Plaintiff's proposed Default Judgment and permanent injunction.

Signed this ___16th___ day of January, 2006

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE